UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2005 DEC -5 AM 9:10
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CASE NO.:

MARIA E. FLORES,

          Plaintiff,

vs.

6:05cv1794-Orl-22DAB

99 CENT SUPER CENTER, LLC.
and YAACOB C. ELHARAR,

          Defendant
_____/

## COMPLAINT

COMES NOW the Plaintiff, MARIA E. FLORES, (hereinafter referred to as "Plaintiff"), by and through her undersigned counsel and sues the Defendants, 99 CENT SUPER CENTER, LLC., and YAACOB C. ELHARAR, (hereinafter referred to as the "Defendant"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against her former employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages, liquidated damages, costs and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Osceola County, Florida.

## THE PARTIES

4. Plaintiff was at all time material, employed by Defendant, 99 CENT SUPER CENTER, LLC., as a cashier at its business located in Kissimmee, Florida from September 2004 through November 2004.

5. The Defendant, 99 CENT SUPER CENTER, LLC., is a Florida Limited Liability corporation that operates a convenience store in Kissimmee, Florida. Defendant, 99 CENT SUPER CENTER, LLC., is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff was employed.

6. Plaintiff was an employee of 99 CENT SUPER CENTER, LLC., and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7. Alternatively, Defendant, 99 CENT SUPER CENTER, LLC., is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

8. Defendant, YAACOB C. ELHARAR, was at all times material hereto, the owner and/or officer of Defendants, 99 CENT SUPER CENTER, LLC.

9. Defendant, YAACOB C. ELHARAR, at all times material hereto was acting directly or indirectly in the interest of Defendants, 99 CENT SUPER CENTER, LLC., in relation to Plaintiff's employment and was substantially in control of the terms and conditions of the employee's work and is therefore considered a statutory employer under 29 U.S. C. 203(d).

10. Plaintiff has retained the PANTAS LAW FIRM, P.A. to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

## COUNT I
## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

11. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 9, above.

12. Throughout the employment of Plaintiff, the Defendant repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she was employed.

WHEREFORE, Plaintiff demands a judgment against Defendant for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

## COUNT II
## VIOLATION OF THE MINIMUM WAGE
## PROVISION OF THE FAIR LABOR STANDARDS ACT
## UNDER FEDERAL LAW

13. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 9 above.

14. The Defendants willfully violated Section 6 and Section 15 of the Fair Labor

Standards Act, by failing to compensate the Plaintiff at a rate equal to the minimum wage requirement for work performed while employed by Defendants. Specifically, Plaintiff worked from September 2004 to November 2004, and received less than the minimum wage for hours worked by Defendants for work for said period.

WHEREFORE, Plaintiff demands a judgment against Defendants for the following:

(a)   Wages found to be due and owing;

(b)   An additional equal amount equal to the unpaid minimum wages found to be due and owing as liquidated damages;

(c)   Prejudgment interest in the event liquidated damages are not awarded;

(d)   A reasonable attorney's fee and costs; and,

(e)   Such other relief as the Court deems just and equitable.

Dated: 12/1/05

Respectfully submitted,

LAURA A. WEIS, ESQ.
Bar No.: 0641261
K.E. PANTAS, ESQ.
Fla. Bar No.: 978124
PANTAS LAW FIRM, P.A.
1720 South Orange Avenue, 3rd Floor
Orlando, Florida 32806
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: clerk@PantasLaw.com
Trial Attorneys for the Plaintiff

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS:
MARIA E. FLORES

## DEFENDANTS:
99 CENT SUPER CENTER, LLC and YAACOB C. ELHARAR

**(b)** County of Residence of Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of Defendant
(IN U.S. PLAINTIFF CASES)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Laura A. Weis, Esq. (0641261)
PANTAS LAW FIRM, P.A.
1720 South Orange Avenue, 3rd Floor
Orlando, Florida 32806
(407) 425-5775      (Fax) (407) 425-2778

Attorneys (If Known)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury—Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefit | ☐ 350 Motor Vehicle | ☐ 371 Truth In Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agriculture Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of FeeDetermination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 DeathPenalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## V. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
29 U.S.C. Section 201

Brief description of cause:
FAIR LABOR STANDARDS ACT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY:

(See Instructions)  JUDGE _____  DOCKET NUMBER _____

DATE 12/1/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____