UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:05-CV-1794-ORL-22DAB

MARIA E. FLORES,

        Plaintiff,

vs.

99 CENT SUPER CENTER, LLC and
YAACOB C. ELHARAR,

        Defendants.
_____/

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the following attorney will be unavailable from March 2, 2006 to March 23, 2006; therefore, requests that no hearings or other matters be scheduled during this period of time:

LAURA WEIS
PANTAS LAW FIRM, P.A.
250 North Orange Avenue
Eleventh Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com

Dated: March 09, 2006

    s/ Laura Weis
    LAURA WEIS
    Bar No.: 0641261
    PANTAS LAW FIRM, P.A.
    250 North Orange Avenue
    Eleventh Floor
    Orlando, Florida 32801
    Tel.: (407) 425-5775
    Fax.: (407) 425-2778
    E-Mail: Clerk@PantasLaw.com
    Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: Daniel P. O'Gorman, Esq. and Chelsie J. Roberts, Esq., Ford & Harrison, 300 South Orange Avenue, Suite 1300, P.O. Box 60, Orlando, FL 32802-0060, this 9th day of March 2006.

                                        s/Laura Weis
                                        LAURA WEIS
                                        Bar No.: 0641261
                                        PANTAS LAW FIRM, P.A.
                                        250 North Orange Avenue
                                        Eleventh Floor
                                        Orlando, Florida 32801
                                        Tel.: (407) 425-5775
                                        Fax.: (407) 425-2778
                                        E-Mail: Clerk@PantasLaw.com
                                        Trial Counsel for Plaintiff