**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA E. FLORES,**

    **Plaintiff,**

-vs-               Case No.  6:05-cv-1794-Orl-22DAB

**99 CENT SUPER CENTER, LLC, and**
**YAACOB C. ELHARAR,**

    **Defendants.**

_____

## ORDER

This cause is before the Court on the Motion for Entry of Default Judgment (Doc. No. 38) filed on June 5, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed June 26, 2006 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Motion for Entry of Default Judgment (Doc. No. 38) is **GRANTED**.

3.  The Clerk is directed to enter a Final Default Judgment providing that Plaintiff, **MARIA E. FLORES**, recover of the Defendants, **99 CENT SUPER CENTER, LLC** and

**YAACOB C. ELHARAR**, jointly and severally, the sum of $2,096.00 (for unpaid overtime wages, liquidated damages, and unpaid minimum wages), plus $2,038.00 for attorneys' fees and costs, for a total sum of $4,134.00.

    4.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 19, 2006.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party